UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Springfield)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD R. SZWYD, dba EDWARD R. SZWYD CPA, GREYLOCK FEDERAL CREDIT UNION, BANK OF AMERICA, COMMONWEALTH OF MASSACHUSETTS, GREAT BARRINGTON, MASSACHUSETTS,<br><br>Defendants. | Case No: 3:12 CV 30014-MAP<br><br>District Judge Michael A. Ponsor<br>Magistrate Judge Kenneth P. Neiman |

### JUDGMENT ON THE PLEADINGS
### DISMISSING THE COMMONWEALTH OF MASSACHUSETTS

IT IS HEREBY ADJUDGED:

1.   The Commonwealth of Massachusetts has no interest in the real estate that is the subject of this action, located at 366 North Plain Road, Great Barrington, Massachusetts, more particularly described as follows:

> Bounded on the north by land of Robert Maurus, now or formerly; on the east by land of the New York, New Haven and Hartford Railroad Company; on the south by land of William A. Hunt, now or formerly, and land of Leroy Hathaway, now or formerly; and on the west by said highway known as the North Plain Road; containing approximately 4 acres of land.
>
> Being all and the same premises as were conveyed to Stanley Szwyd and Maria M. Szwyd as Co-Trustees of Myszka Nominee Realty Trust, by deed of Thomas M. Reilly and Elinor M. Reilly, dated April 10, 1992 and recorded in the Berkshire Southern District Registry of Deeds in Book 804, Page 50 on April 10, 1992. The said Stanley Szwyd and Maria M. Szwyd resigned as Trustees by document recorded at the said Registry at Book 813 Page 37, and Edward R. Szwyd accepted appointment as Trustee by document recorded at Book 813 Page 38.

8644040.1

2.  The Commonwealth of Massachusetts is dismissed from this action without prejudice.

3.  There is no just reason to delay entry of a final judgment, and therefore this judgment on the pleadings is a final judgment pursuant to Fed. R. Civ. P. 54(b).

4.  The Commonwealth of Massachusetts is hereafter deleted from the case caption in this matter.

Date: June 27, 2012

By the Court,

_Michael D. Ponsor_
Michael A. Ponsor, District Judge.